# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CYBELE BLOOD, an individual, <br><br>     Plaintiff, <br><br> vs. <br><br> ACADIA HEALTHCARE COMPANY, INC., a Delaware corporation; PHC OF UTAH, INC., a Massachusetts corporation, dba HIGHLAND RIDGE HOSPITAL <br><br>     Defendants. | **STIPULATION OF DISMISSAL** <br><br> Civil No. 2:23-cv-00329-TC <br><br> Judge Tena Campbell |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendants jointly stipulate the voluntary dismissal of this matter with prejudice. The parties will each bear their respective fees and costs in this action.

June 26, 2024.

*/s/ Susan B. Motschiedler*
Susan B. Motschiedler (UT #10653)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
smotschiedler@parsonsbehle.com

*Counsel for Defendants*

June 26, 2024.

*/s/ David S. Head (with permission)*
David S. Head
Head Law Office
111 East 5600 South, Suite 100
Murray, Utah 84107
dhead@headlawusa.com

*Counsel for Plaintiff*

4889-3462-2668

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2024, a true and accurate copy of the foregoing Stipulation

of Dismissal has been served by the Court's electronic filing system on:

> David S. Head
> Head Law Office
> 111 East 5600 South, Suite 100
> Murray, Utah 84107
> dhead@headlawusa.com

*/s/ Susan B. Motschiedler*

2